FIFTHWAY REALTY CORP., Respondent, *v.* SUDBURY IMPORT CO., INC., Appellant.

Supreme Court, Appellate Term, First Department, February 15, 1962.

*Helmut J. Kraemer* and *David Gale* for appellant. *Henry Solomon* for respondent.

*Per Curiam.* In an eviction proceeding where the uncontradicted testimony and documentary proof established that the landlord had accepted rent between the time of the statutory

notice of the termination of tenancy and the commencement of the holdover proceeding, the proceeding should have been dismissed (*Guy* v. *Furman,* 4 Misc 2d 564 [App. Term, 1st Dept.]).

The final order should be reversed, with $30 costs, and final order directed in favor of tenant, with costs.

Concur — HECHT, J. P., GOLD and CAPOZZOLI, JJ.

Final order reversed, etc.